[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————

**FILED**
**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**February 24, 2004**
**THOMAS  K. KAHN**
**CLERK**

No. 00-15783

———————

BIA No. A90-358-688

ALBERT ADEFEMI,

Petitioner-Appellant,

versus

JOHN ASHCROFT, as Attorney General of U.S.,
Ms. ROSEMARY MELVILLE, as the District
Director for INS,
UNITED STATES IMMIGRATION AND
NATURALIZATION SERVICE,

Respondents-Appellees.

----------------------------
Petition for Review of an Order of the
Board of Immigration Appeals
----------------------------

(Opinion January 29, 2004, ___ F3.d ___,11ᵗʰ Cir. 2004)

(February 24, 2004)

Before EDMONDSON, Chief Judge, TJOFLAT, ANDERSON, BIRCH,
DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON,
Circuit Judges[*].

---

[*]Judge William H. Pryor, Jr., became a member of the court on February 20, 2004, and
did not participate in the en banc poll.  Judge Phyllis A. Kravitch has elected to participate in
further proceedings.

BY THE COURT:

A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.